

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00610-CR

Marshall Cody **GAGNON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CR-005676
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: December 31, 2025

DISMISSED FOR LACK OF JURISDICTION

On September 16, 2025, appellant filed a pro se notice of appeal stating that he intended to appeal from his conviction and that he was sentenced on August 19, 2025. The clerk's record reflects that appellant was charged with tampering with or fabricating physical evidence, but the State filed a motion to dismiss the criminal action, indicating that appellant was convicted or granted deferred adjudication in another case. The trial court dismissed the underlying criminal action on August 19, 2025. Thus, there is no final judgment of conviction.

We generally do not have jurisdiction to consider an appeal in a criminal case unless a judgment of conviction has been rendered. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). In a response to our written order, appellant's court-appointed attorney concedes that we must dismiss this appeal for lack of jurisdiction. Therefore, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH